Submitted July 16, 2020, affirmed February 3, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TRAVIS W. BERRY,
*Defendant-Appellant.*

Douglas County Circuit Court
18CR29455; A170162

480 P3d 320

Frances Elaine Burge, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Julia Glick, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Dilallo*, 367 Or 340, 478 P3d 509 (2020).